**IN THE UNITED STATES BANKRUPTCY COURT**
**IN THE NORTHERN DISTRICT OF MISSISSIPPI**

IN RE:  　　　　　　　　　　　　　　　　　　　　　　　　　BANKRUPTCY NO: 08-11293
　　SAMUEL  DOWDEN

　　393 ROCK HILL RD.

　　SARDIS MS 38666

## NOTICE AND MOTION TO DISMISS

　　**COMES NOW**, Locke D. Barkley, the duly appointed and qualified Standing **TRUSTEE** in the above cause and moves to dismiss the above proceeding for the reason that the **DEBTOR** has failed to make payments into the plan as required by Chapter 13 of the Bankruptcy Code.

　　**NOTICE IS HEREBY GIVEN**, to the **DEBTOR** herein, that unless the below required sum is received by the **TRUSTEE**, or a written responsive pleading is filed with the Clerk of the Court with a copy to the **TRUSTEE** prior to the below depicted due date, the Chapter 13 proceeding of the above **DEBTORS** will be dismissed.

　　**WHEREFORE, TRUSTEE** moves this Court to enter its Order of Dismissal unless said sum is received as set out herein or said responsive pleading is properly filed.

| | | |
|---|---|---|
| **DATED: 9/28/09** | Locke D. Barkley | Locke D. Barkley |
| | Chapter 13 Trustee | Chapter 13 Trustee |
| | P.O. Box 1859 | P. O. Box 55829 |
| **AMOUNT DUE**: $ 1016.00 | Memphis, TN  38101-1859 | Jackson Ms  39296-5829 |
| (As of 9/28/09  thru end of October 2009) | **(PAYMENTS ONLY)** | (601) 355-6661 |
| 　　Plus accruing payments | | **(CORRESPONDENCE)** |

**DATE DUE**:  **10/19/09**

## CERTIFICATE OF SERVICE

　　I, Locke D. Barkley, Standing Trustee, do hereby certify that I have electronically filed the foregoing with the Clerk of Court using CM/ECF system, and hereby further certify that I have served a copy of the foregoing upon the debtor(s), debtor's attorney of record  and to the Office of the U.S. Trustee via electronic notice or mail.

**DATED**: **9/28/09**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Locke D Barkley
　　　　　　　　　　　　　　　　　　　　　　　　　　　　LOCKE D. BARKLEY
　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13 TRUSTEE

DEBTOR'S ATTORNEY

　　KEVIN F. O`BRIEN
　　O'BRIEN LAW FIRM
　　1630 GOODMAN RD EAST STE 5
　　SOUTHAVEN MS 38671